IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:15-CR-335-WKW |
| | ) | [WO] |
| TWAYNE LEBARSHA WARE | ) | |

## **ORDER**

On January 31, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 827.)  Upon an independent review of the record, it is ORDERED as follows:

(1)   The Recommendation (Doc. # 827) is ADOPTED; and

(2)   Defendant's Motion for Compensation of Property (Doc. # 794) is DENIED.

DONE this 4th day of May, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE